Ephraim HASPEL, Plaintiff-Appellant,

v.

BONNAZ, SINGER & HAND EMBROI-
DERERS, TUCKERS, STITCHERS &
PLEATERS UNION, LOCAL 66, De-
fendant-Appellee.

No. 12, Docket 23051.

United States Court of Appeals,
Second Circuit.

Argued Oct. 15, 1954.

Decided Oct. 29, 1954.

George E. Reynolds, New York City,
for plaintiff-appellant.

Elias Lieberman, New York City, for
defendant-appellee.

Before CHASE, MEDINA and HAR-
LAN, Circuit Judges.

PER CURIAM.

Affirmed on the opinion below. D.C.,
112 F.Supp. 944.

BALTIMORE CONTRACTORS, Inc.,

v.

Jacob H. BODINGER.

United States Court of Appeals,
Second Circuit.

Dec. 11, 1953.

Rosston, Hort & Brussel, New York
City, for Baltimore Contractors, Inc.,
defendant-appellant.

Bernard I. Scherer, New York City,
for Jacob H. Bodinger, plaintiff-appellee.

PER CURIAM.

Motion to dismiss appeal granted.
See City of Morgantown v. Royal Ins.
Co., 337 U.S. 254, 69 S.Ct. 1067, 93 L.Ed.
1347.